No. 98–6821. IN RE SURLES. Petition for writ of prohibition denied.

No. 98–127. CAMPOS ET AL. v. TICKETMASTER CORP. C. A. 8th Cir. Certiorari denied.

No. 98–308. CURRY v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 98–348. TEXAS v. WALKER; and
No. 98–350. WALKER v. TEXAS ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 142 F. 3d 813.

No. 98–456. BOEHMS v. CROWELL ET AL., AS MEMBERS OF THE BOARD OF DIRECTORS OF THE TENNESSEE VALLEY AUTHORITY. C. A. 5th Cir. Certiorari denied.

No. 98–469. KASHUBA v. LEGION INSURANCE CO., c/o BALLARD, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–525. OPERATION RESCUE NATIONAL ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–576. LABORDE v. IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–594. DON LEE DISTRIBUTOR, INC. (WARREN), ET AL. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–601. DODDS v. AMERICAN BROADCASTING CO., INC. C. A. 9th Cir. Certiorari denied.

No. 98–605. POUNDS v. DOUGLAS COUNTY BOARD OF COMMISSIONERS ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–607. GOETZ, DBA JERRY GOETZ & SONS v. GLICKMAN, SECRETARY OF AGRICULTURE, ET AL. C. A. 10th Cir. Certiorari denied.